IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiffs, | Case No. 4:15CR3081 |
| vs. | Order |
| JEFFREY N. ROBINSON | |
| Defendant. | |

Before the Court is the request for transcript of hearing held on August 11, 2015 regarding initial appearance[9].

IT IS ORDERED:

1. The request for transcript, filing [16] is granted.

2. Jeffery N. Robinson, is ordered to pay to the Clerk the amount of $62.50. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $62.50, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 08/11/2015. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: August 20, 2015

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge