IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:15CR3081** |
| vs. | | |
| JEFFERY N. ROBINSON, | | **MEMORANDUM AND ORDER** |
| Defendant. | | |

Defendant has moved to continue the pretrial motion deadline and the jury trial in this case, (filing no. 22), because the defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed.  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 22), is granted.

2) Pretrial motions and briefs shall be filed on or before October 12, 2015.

3) The trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge,  in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on November 9, 2015, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  Jury selection will be held at commencement of trial.

4) Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and November 9, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare

this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7).


Dated this 10th day of September, 2015

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge

2