IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3081 |
| v. | ) | |
| JEFFERY N. ROBINSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the motion to return property (filing no. 90) is granted provided that the firearms being held by the Sarpy County Sheriff's Office be released to Robert Armentrout after January 4, 2017.

DATED this 7th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge